IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| STACY SHANE LONGE, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:08-CV-125 (HL) |
| DARRELL J. HART, *et al.*, | : | |
| Defendants | : | **ORDER** |

    On September 25, 2008, Plaintiff **STACY SHANE LONGE**, an inmate at Valdosta State Prison in Valdosta, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

    In an Order dated September 30, 2008, the Court ordered plaintiff to submit the proper § 1983 forms and either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* along with a certified copy of his trust fund account statement for the last six months. Plaintiff failed to respond to this Order.

    Therefore, in an Order to Show Cause dated November 4, 2008, the Court ordered plaintiff to show cause to the Court, by November 18, 2008, why his case should not be dismissed for failure to respond to the previous Order. Plaintiff was ordered to advise the court of what steps he took to comply with the September 30, 2008 Order.

    Plaintiff has failed to respond to the November 4, 2008 Order to Show Cause. Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**, this 25th day of November, 2008.

                                                 *s/ Hugh Lawson*
                                                 HUGH LAWSON
                                                 UNITED STATES DISTRICT JUDGE

lnb